FILED BY MC D.C.

SEP 20 2022

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
Miami Division

JAY LOPEZ, )
)
        Plaintiff, )
)
v. ) Case No. 1:22-cv-20424
)
OFC. COLLINS, et. al. )
)
        Defendants. )
_____)

### PLAINTIFF'S MOTION TO AMEND COURT'S SCHEDULING ORDER

The Plaintiff hereby motions this court to amend the court's scheduling order and states as follows:

This court entered a scheduling order on August 19, 2022, requiring the parties to select a mediator no later than September 9, 2022. The Plaintiff concedes that the Defendant has communicated with the Plaintiff in a good faith effort to select a mediator. However, the Defendant emphasized to the Plaintiff that the parties are required to split the cost of the mediator. The Plaintiff's half would amount to hundreds of dollars. The Defendant has already emphatically and unequivocally made clear to the Plaintiff that the Defendant has no interest in, or intention of, settling this civil action for any amount above "$200," and that the Plaintiff would be lucky to get even that much. Therefore, the cost of mediation, alone, would be more than the Plaintiff could ever recover from mediation.

The Plaintiff hereby requests that this court strike the mediation requirement from the court's scheduling order.

1

_____   9/14/2022
Jay Lopez, Pro Se                  Date
Plaintiff
13813 SW 169 Terr
Miami, Florida 33177
(786) 492-2735
jaylopez480666@gmail.com

## CERTIFICATE OF SERVICE

The Plaintiff hereby certifies that on September 14, 2022, he emailed a copy of this document to defense counsel at:

    Erica Zaron, Esq.
    County Attorney's Office
    Stephen P. Clark Center
    111 N.W. 1st Street, Suite 2810
    Miami, FL 33128
    Tel: (305) 375-5151
    Facsimile: (305) 375-5611
    E-mail: zaron@miamidade.gov
    Attorneys for Defendants

_____    9/14/2022
Jay Lopez, Pro Se                      Date
Plaintiff
13813 SW 169 Terr
Miami, Florida 33177
(786) 492-2735
jaylopez480666@gmail.com

3

## GHOSTWRITING CERTIFICATE

The Plaintiff hereby certifies that he did not receive help from an attorney with the preparation of this document.

_____          9/14/2022
Jay Lopez, Pro Se                                              Date
Plaintiff
13813 SW 169 Terr
Miami, Florida 33177
(786) 492-2735
jaylopez480666@gmail.com

Jay Lopez, *Pro Se*
*Plaintiff*
1129 Van Loon Common Circle, #103
Cape Coral, FL 33909
(786) 492-2735
stoutstoutstoutproselitigation@gmail.com

September 14, 2022

Clerk (Civil)
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128
(305) 523-5100

*Re*: Case No: 1:22-cv-20424-RKA, *Lopez v. Collins, et. al.*

Dear Clerk,

Enclosed are the following:

- Plaintiff's Motion to Amend Court's Scheduling Order

Please file with the court.

Kindly and Thankfully,

Jay Lopez

1

SHIP TO: **MIAMI FL 33128**

(420) 33128

U.S. INSPECTED BY:

Jay Lopez, *Pro Se*
*Plaintiff*
1129 Van Loon Common Circle, #103
Cape Coral, FL 33909

Clerk (Civil)
Wilkie D. Ferguson, Jr. U.S. Courthouse
400 North Miami Avenue
Miami, FL 33128

Stout, Stout, & Stout, *Pro Se* Litigation