UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20424-ALTMAN

JAY LOPEZ,

    Plaintiff,

v.

OFC. COLLINS, #7953, et al.,

    Defendants.

_____/

**SUGGESTION OF DEATH**

Defendants hereby notify the Court of the death of *pro se* Plaintiff, Jay Lopez, during the pendency of the above action.

| | |
|---|---|
| Dated: October 18, 2022 | Respectfully submitted,<br>GERALDINE BONZON-KEENAN<br>Miami-Dade County Attorney<br>Stephen P. Clark Center<br>111 N.W. 1st Street, Suite 2810<br>Miami, FL 33128 |
| | By:  s/ Erica Zaron<br>Erica S. Zaron, Esq.<br>Florida Bar No. 0514489<br>Assistant County Attorney<br>Telephone: (305) 375-5151 |

**CERTIFICATE OF SERVICE**

**I hereby certify** that on October 18, 2022, a true and correct copy of the foregoing was served via email to the account used by Jay Lopez in this case, stoutstoutstoutproselitigation@gmail.com, which was also the account used to communicate Jay Lopez's passing to the undersigned.

s/ Erica Zaron
Erica S. Zaron
