UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-20424-RKA

**JAY LOPEZ,**

**Plaintiff,**

v.

**OFC. COLLINS, #7953, et al.,**

**Defendants.**



FILED BY_____MC____D.C.

FEB 21 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

---

## MOTION FOR RECONSIDERATION

    Now comes BRENDA SABRINA LOPEZ the lawfully appointed personal representative for the estate of JAY M. LOPEZ in this action, respectfully moves for the reconsideration of the order entered on January 4, 2023 by the honorable Judge Roy K. Altman to deny the Motion for Substitution of Party on the grounds that Ms. Lopez did not confer or make reasonable effort to confer with all parties to resolve by agreement the issues to be raised. Ms. Lopez did in fact serve the same motion filed with the court to the defendant's counsel, Erica Zaron, Esq. by certified mail. Attached is a copy of the receipt as proof that the defendant's counsel received said motion on January 4, 2023. A copy of this current motion will also be provided to defendant's counsel via certified mail and Ms. Lopez will also reach out this week to attempt to confer by phone.

    Let it also be noted that an incorrect notice of death was filed on October 18, 2022 as Jay M. Lopez Date of Death was not until October 24, 2022. (see attached death certificate) The defendant's counsel was made aware of this via phone call while Jay M. Lopez was still alive. The filing of the notice of death before Mr. Lopez expired was not made in good faith and was dishonest at best.

                                                                   _____

                                                                   Brenda Sabrina Lopez

                                                                   1525 SW 24 Avenue

                                                                   Miami, Florida 33145

                                                                   (786) 370-7516

                                                                  Sabrina198605@gmail.com



STATE OF FLORIDA
BUREAU of VITAL STATISTICS

# CERTIFICATION OF DEATH

STATE FILE NUMBER: 2022201397

DATE ISSUED: NOVEMBER 8, 2022
DATE FILED: NOVEMBER 7, 2022

**DECEDENT INFORMATION**
NAME: JAY MICHAEL LOPEZ

DATE OF DEATH: OCTOBER 24, 2022
DATE OF BIRTH: MAY 12, 1983
PLACE OF DEATH: INPATIENT
SEX: MALE    SSN: 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    AGE: 039 YEARS
BIRTHPLACE: HIALEAH, FLORIDA, UNITED STATES

FACILITY NAME OR STREET ADDRESS: MEMORIAL HOSPITAL WEST
LOCATION OF DEATH: PEMBROKE PINES, BROWARD COUNTY, 33028
RESIDENCE: 1438 VAN LOON COMMONS APT NO. 103, CAPE CORAL, FLORIDA 33909, UNITED STATES    COUNTY: LEE
OCCUPATION, INDUSTRY: TATOO ARTIST, COSTUMER SERVICE
EDUCATION: HIGH SCHOOL GRADUATE OR GED COMPLETED    EVER IN U.S. ARMED FORCES? NO
HISPANIC OR HAITIAN ORIGIN? YES, CUBAN
RACE: WHITE

**SURVIVING SPOUSE / PARENT NAME INFORMATION**
(NAME PRIOR TO FIRST MARRIAGE, IF APPLICABLE)
MARITAL STATUS: DIVORCED
SURVIVING SPOUSE NAME: NONE
FATHER'S/PARENT'S NAME: HECTOR LOPEZ
MOTHER'S/PARENT'S NAME: MARITZA TITO

**INFORMANT, FUNERAL FACILITY AND PLACE OF DISPOSITION INFORMATION**
INFORMANT'S NAME: MARITZA TITO
RELATIONSHIP TO DECEDENT: MOTHER
INFORMANT'S ADDRESS: 2031 NW 16 TERR, CAPE CORAL, FLORIDA 33993, UNITED STATES
FUNERAL DIRECTOR/LICENSE NUMBER: PAUL W MOORE, F028699
FUNERAL FACILITY: AUXILIADORA FUNERARIA NACIONAL F132270
9871 SW 40TH ST, MIAMI, FLORIDA 33155
METHOD OF DISPOSITION: CREMATION
PLACE OF DISPOSITION: TREASURE COAST CREMATORY
LAKE WORTH, FLORIDA

**CERTIFIER INFORMATION**
TYPE OF CERTIFIER: ASSOCIATE MEDICAL EXAMINER    MEDICAL EXAMINER CASE NUMBER: 22173709
TIME OF DEATH (24 HOUR): 1654    DATE CERTIFIED: NOVEMBER 4, 2022
CERTIFIER'S NAME: REINHARD WERNER MOTTE
CERTIFIER'S LICENSE NUMBER: ME78940
NAME OF ATTENDING PRACTITIONER (IF OTHER THAN CERTIFIER): NOT APPLICABLE

**CAUSE OF DEATH AND INJURY INFORMATION**
MANNER OF DEATH: ACCIDENT
CAUSE OF DEATH - PART I - AND APPROXIMATE INTERVAL: ONSET TO DEATH
a. FENTANYL, COCAINE, AMPHETAMINE AND BENZODIAZEPINE INTOXICATION
b.
c.
d.

PART II: OTHER SIGNIFICANT CONDITIONS CONTRIBUTING TO DEATH BUT NOT RESULTING IN THE UNDERLYING CAUSE GIVEN IN PART I

AUTOPSY PERFORMED? NO    AUTOPSY FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?
DATE OF SURGERY:    DID TOBACCO USE CONTRIBUTE TO DEATH? UNKNOWN
REASON FOR SURGERY:
PREGNANCY INFORMATION: NOT APPLICABLE
DATE OF INJURY: OCTOBER 14, 2022    TIME OF INJURY (24 HOUR): UNKNOWN    INJURY AT WORK? NO
LOCATION OF INJURY: FLORIDA, UNITED STATES

TYPE OF VEHICLE:

STATE REGISTRAR

REQ: 2024590816

CERTIFICATION OF VITAL RECORD

**FROM:**
Monique Fernandez
13511 SW 80 St
Miami, FL 33183

**TO:**
Clerk of Courts
Att: Angela E. Noble
Wilkie E. Ferguson Jr US Courth-
400 N Miami Ave.
Miami, FL 33128

7022 3330 0002 3286 6702

